C. Murray. HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52780.

Sept. 29, 1972.

Writ denied. The plea of guilty waived non-jurisdictional defects such as the alleged unlawful search and seizure. The applicant does not contest in this Court the trial court's finding that his plea of guilty was voluntary and taken only after full explanation of the applicant's constitutional rights.

266 So.2d 713

STATE of Louisiana ex rel. James Edward LOWE et al.

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentary.

No. 52799.

Sept. 29, 1972.

Application denied; this is a subsequent application, and this Court has already reviewed applicants' principal complaints. (261 La. 472, 259 So.2d 918). The complaint of delay is moot. The contention concerning court costs in the previous proceeding is not properly before us.